

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, | § | No. 08-20-00101-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | County Court at Law No. 7 |
| v. | § | of El Paso County, Texas |
| | § | |
| The Freedom Indeed Foundation, Inc., | § | (TC# 2017-CCV00586) |
| | § | |
| Appellee. | § | |
| | § | |

# **O R D E R**

The Court reinstates the appeal as it appears that Mr. Joshua Spencer will remain counsel for the Appellee. Further, I have this day filed the Appellee's brief. ORAL ARGUMENT WAS WAIVED.

IT IS SO ORDERED this 9th day of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.